IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | Civil Action No. 18-CV-00342 (ABJ) |

**STATUS REPORT**

Pursuant to the Court's May 17, 2019, Minute Order, Defendants, U.S. Environmental Protection Agency ("EPA") and U.S. Fish and Wildlife Service ("FWS"), by and through undersigned counsel, provide the following Status Report.

1. EPA is on track to complete review of the documents referred to it by FWS by June 15, 2019.

2. FWS has completed all processing of its records. As of May 31, 2019, FWS released 5,339 records, processing 11,114 records, and withheld in full 961 records. FWS made releases on February 14, 2018; March 29, 2018; May 24, 2018; June 28, 2018; July 31, 2018; August 30, 2018; September 28, 2018; November 2, 2018; December 10, 2018; February 4, 2019; February 26, 2019; April 8, 2019; May 1, 2019; and May 31, 2019. As noted in the previous Joint Status Report (ECF No. 23), there are approximately 1,150 records for which FWS has requested consultation, many of which contain EPA equities, and EPA is on track to meet its deadline for the review of their content on these documents. Also, as part of processing the final remaining documents, FWS will request consultation for equities in the next few days with EPA, the Natonal

Oceanic and Atmospheric Administration ("NOAA"), the U.S. Department of Agriculture ("USDA"), U.S. Geological Survey ("USGS"), and the U.S. Navy on 523 additional records.

Dated: May 31, 2019                    Respectfully submitted,

                                           JESSIE K. LIU, D.C. Bar No. 472845
                                           United States Attorney

                                           DANIEL F. VAN HORN, D.C. Bar No. 924092
                                           Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
      SCOTT LEESON SROKA, Member of New York Bar
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      Telephone: 202-252-7113
      Email: Scott.Sroka@usdoj.gov

      *Attorneys for Defendants*