IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE and U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Civil Action No. 18-CV-00342 (ABJ) |

### JOINT STATUS REPORT

Pursuant to the Court's June 17, 2019, Minute Order, Defendants, U.S. Environmental Protection Agency ("EPA") and U.S. Fish and Wildlife Service ("FWS"), and Plaintiff Center for Biological Diversity ("Center") (collectively, "the Parties"), by and through undersigned counsel, provide the following Joint Status Report.

1. FWS completed processing of its records on May 31, 2019, in accordance with the Court's January 28, 2019, Minute Order, specifically for records that do not require consultation with other agencies.

2. In processing the remaining records, FWS requested consultation for equities with various agencies on June 5, 2019. FWS requested consultation with EPA for 266 files (2,375 pages) and 46 spreadsheets; with the National Oceanic and Atmospheric Administration ("NOAA") for 206 files (897 pages) and six spreadsheets; with the U.S. Department of Agriculture ("USDA") for 150 pages; with U.S. Geological Survey ("USGS") for 19 pages and two spreadsheets; and with the U.S. Navy for two pages and one spreadsheet. As of July 16, 2019, FWS has received responses from USGS on June 25, USDA on June 28, and the U.S. Navy and

1

NOAA on July 12, 2019, and expects to provide a response to the Center for these records shortly. Also, FWS requested an estimated completion date from EPA on July 12, 2019.

     3.     As for the records referred by FWS to EPA mentioned in the May 31, 2019, Joint Status Report, EPA completed its review by June 15, 2019, and EPA provided FWS with their response on June 17, 2019. FWS provided applicable records to the Center on June 28, 2019. For the June 28, 2019, release, FWS reviewed 428 files, providing Plaintiff with 275 files, of which 345 pages, three spreadsheets, and 116 data files were released in full, and 132 pages were released in part. 155 files (406 pages, 29 spreadsheets, and 87 data files) were withheld in full after consultation with EPA. For the approximately 371 remaining records, FWS is preparing to provide a response to the Center shortly.

     4.     FWS, in confirming completion of processing of its records, discovered it did not receive a response from NOAA on 24 records for which FWS requested consultation. FWS requested consultation with NOAA in June 2018. On July 11, 2019, FWS contacted NOAA again and requested consultation for these 24 records.

     5.     EPA and FWS received a letter from the Center on July 10, 2019, identifying withheld records it intends to dispute. EPA and FWS are reviewing the letter and will meet and confer with the Center to attempt to resolve the issues raised by the Center.

     6.     The Parties propose to file another Joint Status Report by August 16, 2019, recommending what further action, if any, is necessary.

     7.     It is Plaintiff's position that nothing in this status report shall be construed as an admission or stipulation by Plaintiff that any action(s) by FWS or EPA described herein constitutes FWS's or EPA's full compliance with FOIA.

Dated: July 17, 2019	Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/  Scott Leeson Sroka
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7113; Email: Scott.Sroka@usdoj.gov
*Attorneys for Defendants*

*/s/ Margaret E. Townsend*
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

*/s/ Stephanie M. Parent*
Stephanie M. Parent, *Pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org
*Attorneys for Plaintiff*