# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY </br></br> *Plaintiff*, </br></br> v. </br></br> U.S. FISH AND WILDLIFE SERVICE AND U.S. ENVIRONMENTAL PROTECTION AGENCY </br></br> *Defendants*. | Case No. 18-cv-342 (ABJ) |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Procedure 68(a), please take notice that Plaintiff, Center for Biological Diversity, through undersigned counsel, accepts the offer of Defendants, U.S. Fish and Wildlife Service ("FWS") and U.S. Environmental Protection Agency ("EPA"), dated May 18, 2022 (attached as Exhibit A), allowing Plaintiff to take judgment in this action for FIFTY THOUSAND DOLLARS ($50,000.00) on Plaintiff's claim against FWS and EPA for recovery of attorneys' fees and costs incurred in this case.

1

DATED: May 25, 2022

Respectfully submitted,

*/s/ Stephanie M. Parent*

Stephanie M. Parent (DC Bar No. OR0012)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2022, I caused the foregoing Notice of Acceptance of Offer of Judgment to be served by electronic mail addressed to Jeremy.Simon@usdoj.gov and first-class mail, addressed to:

Jeremy Simon
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530

Attorney for Defendants

Stephanie M. Parent

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      *Plaintiff*,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE AND U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Case No. 18-cv-342 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

OFFER OF JUDGMENT

Pursuant to Rule 68, Defendants United States Environmental Protection Agency ("EPA") and the U.S. Fish and Wildlife Service ("FWS"), by undersigned counsel, offer to allow judgment to be taken against them by Plaintiff on Plaintiff's claim against EPA and FWS for recovery of attorneys' fees and costs as follows:

1. EPA and FWS shall, subject to the terms and conditions set forth herein, collectively pay Plaintiff the total amount of FIFTY THOUSAND DOLLARS ($50,000.00) in full and final satisfaction of Plaintiff's claims against EPA and FWS in this lawsuit for the recovery of attorneys' fees and costs incurred in connection with the Freedom of Information Act ("FOIA") requests for EPA and FWS records that are at issue in this lawsuit.

2. EPA and FWS offer judgment solely for the purposes of compromising disputed claims without further legal proceedings and avoiding the risks and expenses of litigation. Therefore, this Offer of Judgment is not intended and shall not be deemed to be an admission by EPA and FWS of the merit or lack of merit of Plaintiff's claims for attorneys' fees and costs in this action. Without limiting the generality of the foregoing, this Offer of Judgment does not

constitute, and shall not be construed as, an admission that EPA or FWS violated any of Plaintiff's rights or any laws or regulations, or as an admission of any contested fact alleged by Plaintiff in connection with this matter.

Dated: May 18, 2022                     Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. BAR #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        By: _____
                                        JEREMY S. SIMON, D.C. BAR #447956
                                        Assistant United States Attorney
                                        601 D. Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2528

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 18, 2022, I caused the foregoing Offer of Judgment to be served by electronic mail addressed to sparent@biologicaldiversity.org and first-class mail, addressed to:

Stephanie Parent
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Ave.
Portland, OR 97217

Attorney for Plaintiff

Jeremy S. Simon

3